Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of CATHERINE McDONALD, Respondent, against THE CITY OF NEW YORK et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Heffernan, and Schenck, JJ.

In the Matter of the Claim of ANNA LANE, Respondent, against FITZGERALD CONSTRUCTION COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur; Bliss, J., taking no part.